**CLOSED**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

_____

PAUL COLEMAN,                                       :
                                                    :    Civil Action No. 01-cv-3786 (JAP)
        Plaintiff,                         :
                                                    :    **ORDER**
        v.                                 :
                                                    :
KEYSTONE FREIGHT CORP.,                             :
NATIONAL RETAIL SYSTEMS CORP.,                      :
MACYS EAST INCORPORATED,                            :
UNION LOCAL 1964,                                   :
JERRY SACCHIERO, and                                :
TOM MILLER                                          :
                                                    :
        Defendants.                        :
_____:

This action has come for trial before the Court and a jury, and all issues have been tried.  At the close of its case in chief, counsel for the Defendants moved for judgment as a matter of law pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.  The Court, having heard the arguments of counsel, and for the reasons stated on the record of May 27, 2004,

**IT IS** on this 28th day of May, 2004,

**ORDERED** and **ADJUDGED** that the motion for judgment as a matter of law be and hereby is granted; and it is further

**ORDERED** that judgment is entered in favor of the Defendants; and it is further

**ORDERED** that the complaint is dismissed with prejudice.

**This case is closed**.

**SO ORDERED.**

/s/    Joel A. Pisano, U.S.D.J.

Original:    Clerk of the Court
cc:          All parties
             Magistrate Judge Arleo
             File